UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

STEVEN GARY CROWE           Chapter 7
                                                         Case No. 09-51777-TJT
                 Debtor.                    Hon: Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $2.35 which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | FIA Card Services, NA/Bank of America<br>By American Infosource LP as its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $2.35 |
| | **TOTAL:** | **$2.35** |

Dated:    8/17/10                                                  /s/ Stuart A. Gold
                                                                                        Stuart A. Gold, Trustee
                                                                                        24901 Northwestern Hwy., Ste 444
                                                                                        Southfield, MI 48075-2223
                                                                                        (248) 350-8220
                                                                                        stuart.gold@7trustee.net